Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br>v.<br><br>NELSON FIGUEROA VELÁZQUEZ<br><br>Peticionario | TA2026CE00017 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso número: E VI2019G0004<br><br>Sobre: Art. 95, Homicidio |
| --- | --- | --- |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# R E S O L U C I Ó N

En San Juan, Puerto Rico, a 22 de enero de 2026.

Examinada la *Moción de Apelación al Amparo de la Regla 192.1 y de forma Coram Nobis y Hábeas Corpus* instada por el peticionario, Nelson Figueroa Velázquez, el 19 de enero de 2025, y la cual acogemos como un *certiorari*, procedemos a resolver lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones